UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                          Case No. 22-30441
                                          Originating No. 22-258

**LADON RICHARD ROGERS,**

      Defendant.
_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **LADON RICHARD ROGERS,** to answer to charges pending in another federal district, and states:

    1. On **October 13, 2022,** defendant voluntarily turned himself in in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Pennsylvania based on an Indictment**. Defendant is charged in that district with violations of **18 U.S.C, Sections 371, 2312 and 2 -Conspiracy, Interstate Transportation of Stolen Motor Vehicle, Aiding and Abetting.**

    2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/Timothy McDonald*
TIMOTHY MCDONALD
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: October 13, 2022